# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jorden Welsher**, DOB: 1994; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-07178MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about March 6, 2020, in the District of Arizona, **Jorden Welsher**, knowing or in reckless disregard that certain aliens, namely Jose Mora-Roldan, Jorge Efrain Velazquez-Gutierrez and Andres Candido-Cantu, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about March 6, 2020, in the District of Arizona, **Jorden Welsher**, knowing that certain illegal aliens, Jose Mora-Roldan, Jorge Efrain Velazquez-Gutierrez and Andres Candido-Cantu, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Jose Mora-Roldan, Jorge Efrain Velazquez-Gutierrez and Andres Candido-Cantu so that they would not be apprehended by law enforcement by transporting them in the vehicle that **Jorden Welsher** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about March 6, 2020, in the District of Arizona (Douglas), United States Border Patrol Agents (BPAs) received a request to assist a Department of Public Safety Officer (DPS) with a traffic stop. BPAs responded to DPS reporting a bailout of four to five subjects. BPAs located and followed footprints and other signs of passage through the desert. BPA apprehended four persons in the desert. BPAs returned to the vehicle stop and encountered the driver, of a 2007 Chevrolet Impala, **Jorden Welsher**. BPA determined that the three passengers including Jose Mora-Roldan, Jorge Efrain Velazquez-Gutierrez and Andres Candido-Cantu were in the U.S. illegally.

Material witnesses Mora-Roldan, Velazquez-Gutierrez and Candido-Cantu said they had arranged to be smuggled into the United States for money. Each said they crossed the border illegally. Velazquez-Gutierrez stated they received a call notifying them that a gray sedan would pick them up and take them to Phoenix, Arizona. Mora-Roldan initially identified **Welsher** as the driver, but did not want to affect anyone. Velazquez-Gutierrez identified **Welsher** as the driver from a photo lineup. Velazquez-Gutierrez stated **Welsher** told him and the other witnesses to get out of the car and run.

In a post-*Miranda* statement, **Welsher** said that he agreed to drive to Douglas, Arizona to pick up tools to fix a car. He drove to Douglas, Arizona in his friend Junior's car and stopped at a Circle K to meet with Junior's friend. **Welsher** stated he was approached by a man at the Circle K who asked for a ride for himself and a few others. **Welsher** said he was going to be paid $100 for the ride once they arrived at the location. He said after driving about ten minutes he saw a police officer, who began following him. **Welsher** stated when he began to yield the four subjects in the vehicle opened the doors and ran.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jose Mora-Roldan, Jorge Efrain Velazquez-Gutierrez and Andres Candido-Cantu

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/kat | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE [1] | DATE<br>March 9, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54